**Motion Granted, Appeal Dismissed, and Memorandum Opinion filed June 9, 2022.**



In The

# Fourteenth Court of Appeals

## NO. 14-22-00308-CV

### WOODS ROAD INDUSTRIAL, LLC, Appellant

### V.

### CHRISTOPHER V. ROZNOVSKY IN HIS OFFICIAL CAPACITY AS DISTRICT ENGINEER FOR WALLER COUNTY ROAD IMPROVEMENT DISTRICT NO. 1, Appellee

**On Appeal from the 506th District Court**
**Waller County, Texas**
**Trial Court Cause No. CV22-03-0411**

### MEMORANDUM OPINION

This is an appeal from a judgment signed April 19, 2022. On May 20, 2022, appellant filed a motion to dismiss the appeal as it had resolved its dispute with Waller County Road Improvement District No. 1.[1] *See* Tex. R. App. P. 42.1(a)(1).

---

[1] Although Christopher V. Roznovsky rather than the District itself is the only appellee in this appeal, Roznovsky was solely included in this appeal in his official capacity as the District

The motion is granted. We dismiss the appeal.

PER CURIAM

Panel consists of Justices Zimmerer, Spain, and Poissant.

---

Engineer for the District. Effectively, this means that appellant's dispute in this appeal is with the District rather than Roznovsky. *See Tex. A & M Univ. Sys. v. Koseoglu*, 233 S.W.3d 835, 844 (Tex. 2007) (internal quotation marks and emphasis and citation omitted) ("A suit against a state official in his official capacity is not a suit against the official personally, for the real party in interest is the entity.").